STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2001

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROLAND G. TORRES, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. **CR01-00075 DAE** <br><br> **INDICTMENT** <br> [18 U.S.C. §§ 922(g)(1)] |

## INDICTMENT

The Grand Jury charges that:

On November 4, 1998, in the District of Hawaii, ROLAND G. TORRES, defendant herein, being a person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a 30 caliber rifle.

///

All in violation of Title 18, United States Code, Section 922(g)(1).

DATED: March 1, 2001 ~~1999~~, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
UNITED STATES ATTORNEY

_____
ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

United States v. Roland G. Torres,
Cr.No. _____;
Indictment