JUDGMENT
===============================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 02-10205
CT/AG#: CR-01-00075-DAE

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ROLAND G. TORRES

    Defendant - Appellant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

----------------------

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED and counsel's motion to withdraw is GRANTED.
Filed and entered April 15, 2004.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 07 2004

by: _____
Deputy Clerk



FILED

APR 1 2004

CATHY A. CATTERSON
CLERK U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROLAND G. TORRES,<br><br>Defendant - Appellant. | No. 02-10205<br><br>D.C. No. CR-01-00075-DAE<br><br>MEMORANDUM* |
|---|---|

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, Chief District Judge, Presiding

Submitted April 12, 2004**

Before:   O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

Roland G. Torres appeals his jury-trial conviction and 70-month sentence

for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Torres

---

   *   This disposition is not appropriate for publication and may not be cited
to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

   **   This panel unanimously finds this case suitable for decision without oral
argument. *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Torres has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 0 7 2004

by: _____
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
02-10205 USA v. Torres, et al

UNITED STATES OF AMERICA          Chris A. Thomas
     Plaintiff - Appellee         FAX 808/541-2958
                                  808-541-2850
                                  Rm 6100
                                  [COR LD NTC aus]
                                  OFFICE OF THE U.S. ATTORNEY
                                  300 Ala Moana Blvd.
                                  Honolulu, HI 96850

     v.

ROLAND G. TORRES                  Georgia K. McMillen, Esq.
     Defendant - Appellant        808/891-9393
                                  [COR LD NTC cja]
                                  P.O. Box 1512
                                  Wailuku, HI 96793
```